■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIO QUEZADA, Appellant. (Appeal No. 2.)—Judgment unanimously affirmed. Same memorandum as in *People v Quezada* ([appeal No. 1] 145 AD2d 950 [decided herewith]). (Appeal from judgment of Supreme Court, Onondaga County, Gorman, J.—bail jumping, first degree.) Present—Dillon, P. J., Callahan, Green, Pine and Balio, JJ.